# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

2. Case Administrator

FROM: Financial Administrator

DATE: 5.26.2009

**UC**

CASE NAME: Bollman

CASE NUMBER: 03.22261

Check Number 631470 in the amount of $ 14.65 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 08691      Intake Clerk's Initials AC

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

FILED
2009 MAY 26 PM 1:40
CLERK
US BANKRUPTCY
COURT PGH

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                               Phillip J. McHale, III
Chief Counsel                                                    Chief Accountant

May 15, 2009

John J. Horner, Esquire          OR          John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                  Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                         U.S. Courthouse, Room B160
600 Grant Street                              17 South Park Row
Pittsburgh PA 15219                           Erie PA 16501

RE:  ROBERT M. BOLLMAN
     KELLY A. BOLLMAN
Case No.: 03-22261  D

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the debtor(s). The Trustee issued the funds as a refund to the debtor(s). However, the following has occurred:

__X__ (a) The Trustee has been unable to locate the debtor(s).

_____ (b) The check became stale dated, not having been negotiated within 90 days of issue.

The following address represents the Trustee's best and most recent information:
     ROBERT M. BOLLMAN
     KELLY A. BOLLMAN
     615 OAK ST

     NORTH IRWIN PA          15642

CHECK NUMBER__631470__          AMOUNT $_14.65_

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                              Very truly yours,

                              RONDA J. WINNECOUR
                              for Standing Chapter 13 Trustee

cc: KENNETH M STEINBERG ESQ
    ROBERT M. BOLLMAN
    KELLY A. BOLLMAN